## RESOLUTIONS ADOPTED BY
## <u>BAILEY HILL MANAGEMENT, LLC</u>

I HEREBY CERTIFY that (i) I am duly authorized to execute this certificate on behalf of Bailey Hill Management, LLC., a Connecticut limited liability company registered to do business in the State of Connecticut, (hereinafter referred to as the "Company"), (ii) the following is a true and correct copy of resolutions duly adopted (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Company nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date;

RESOLVED, that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that, Edward R. Eramian, the managing member of the Company (the "Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer so acting may approve;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved.

FURTHER RESOLVED, that Peter L. Ressler, Esq. shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, attorneys, financial advisors and accountants as the Officer so acting shall deem appropriate in his or their judgment;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Members of the Board of Managers of the Company, which have been taken, caused to have been taken or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Attest:                                                          BAILEY HILL MANAGEMENT, LLC

_____                                          _____

                                                                 Managing Member
                                                                 Duly Authorized

Dated: December ___, 2015

SIGN HERE