# United States Bankruptcy Court
### District of Connecticut

In re  **Bailey Hill Management, LLC**                                          Case No. _____
                                              Debtor(s)                          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bailey Hill Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 15, 2015** | **/s/ Peter L. Ressler** |
| Date | Peter L. Ressler ct09324 |
| | Signature of Attorney or Litigant |
| | Counsel for   **Bailey Hill Management, LLC** |
| | **Groob, Ressler & Mulqueen, P.C.** |
| | **123 York Street** |
| | **Suite 1B** |
| | **New Haven, CT 06511** |
| | **2037775741 Fax:2037774206** |
| | **ressmul@yahoo.com** |