# **EXHIBIT A**

## QUIT CLAIM DEED

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, THAT, I, EDWARD R. ERAMIAN, of the Town of Killingly, County of Windham, and State of Connecticut (hereinafter referred to as Releasors) for the consideration of **ONE DOLLAR and other valuable considerations**, received to my full satisfaction of BAILEY HILL MANAGEMENT, LLC, a Connecticut Limited Liability Company whose mailing address is P.O. Box 113, East Killingly, CT 06243, do remise, release and forever QUIT-CLAIM unto the said BAILEY HILL MANAGEMENT, LLC, (hereafter referred to as Releasee), and unto its successors and assigns forever all the right, title, interest, claim and demand whatsoever as I the said Releasor have or ought to have in or to the real property described below.

All that certain piece or parcel of land, with all the improvements thereon, situated in the **Town of Killingly**, County of Windham and State of Connecticut and known as **291 Slater Hill Road**, being the same property as described on Schedule "A" attached hereto and made a part hereof.

Receipt # 67062  Instr # 2015-02868

**VOL 1297   PG 36**
12/30/2015   02:04:13 PM
3 Pages
QUIT CLAIM
TOWN OF KILLINGLY
Elizabeth M. Wilson, Town Clerk

Local Tax $0.00
State Tax $0.00

In addition to any matters set forth on Schedule "A", said premises are subject to building lines if established, all laws, ordinances or governmental regulations, including building and zoning ordinances affecting said premises, taxes on the List of October 1, 2015 and thereafter, and mortgages of record.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Releasee and unto its successors and assigns forever, so that neither the Releasor, nor his heirs, successors or assigns, nor any other person under him or them shall thereafter have any claim, right or title in or to the premises, or any part thereof, but therefrom the Releasor is and they are by these presents forever barred and excluded.

IN WITNESS WHEREOF, the Releasor has executed this instrument on the 17TH day of December, 2015.

Signed, Sealed and Delivered
in the presence of

_____          _____ (L.S.)
                                          Edward R. Eramian

_____


STATE OF ~~CONNECTICUT~~ Rhode Island
                         ss: Killingly    December 1̶5̶ 7, 2015
COUNTY OF ~~WINDHAM~~ providence

Personally appeared, Edward R. Eramian, signer and sealer of the foregoing instrument, who acknowledged the same to be his/her free act and deed, before me.

_____
Notary Public

## SCHEDULE A

A certain tract or parcel of land with all the buildings thereon standing, situated in the easterly part of the Town of Killingly, on the westerly side of the road leading from East Killingly to Mashentuck, so-called, and is bounded and described as follows, to wit:

Beginning at the northeasterly corner of said tract at a corner of wall on the westerly side of the road; thence southwesterly 798 feet by said road to the easterly end of a wall; thence 228 feet westerly by wall and land of Daniel Cutler to a corner of wall; thence southerly 178 by wall and said Cutler's land to corner of wall; thence westerly 452 feet partly by wall and in line of wall and adjoining land of said Cutler and land of Arthur Turner to stake by wall; thence southwesterly by wall 390 feet and adjoining land of said Turner to corner of wall; thence northerly partly by wall and fence 327 feet by land of John Wade, Jr. and land of or formerly of the Whitestone Company to corner of fence; thence northeasterly by fence and wall 1544 feet adjoining land of said Whitestone Company to corner of wall; thence easterly by wall 305 feet adjoining land of Laura Dunfield to the point of beginning.

Containing about 14 acres with the buildings thereon standing. Said tract of land being subject to whatever rights of way there may be across to woodland in the rear.