UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | |
|---|---|
| In re | : CASE NO. 16-20005 |
| BAILEY HILL MANAGEMENT, LLC, | : (Chapter 11) |
| Debtor. | : APRIL 18, 2016 |

## MOTION TO EXTEND TIME TO RESPOND TO CONTESTED MATTER

Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), creditors Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust (collectively, the "Movants") by and through the undersigned counsel, move for an order extending the time for the filing of a response to the Motion to Dismiss with Prejudice filed by the Movants from April 19, 2016 to May 3, 2016.

As good cause to support this Motion, the Movants state as follows:

1. On January 4, 2016 (the "Petition Date"), the debtor, Bailey Hill Management, LLC (the "Debtor"), filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Bankruptcy Code.

2. The Movants are creditors of the Debtor by virtue of a judgment entered in favor of the Movants and against the Debtor in the Connecticut Superior Court for the sum of $5,309,000.00.

3. On March 29, 2016, the Movants filed a Motion to Dismiss with Prejudice (Doc. I.D. No. 25) (the "Motion to Dismiss").

4. In connection with the Motion to Dismiss, the Movants filed a Notice of Contested Matter Response Date, which required that any response to the Motion to

6956959v1

Dismiss be filed no later than April 19, 2016. Id.

5. Upon information and belief, the Debtor's counsel, Peter L. Ressler, Esq., is no longer representing the Debtor in this case. Counsel for the Movants has been contacted by potential new counsel for the Debtor, who requested that the Movants extend the deadline to file a response to the Motion to Dismiss up to and including May 3, 2016.

6. The potential new counsel is out of the country until April 25, 2016 and requires additional time to accept the engagement and review the issues raised in the Motion to Dismiss.

7. The Movants have consented to the request for extension of time. An Amended Notice of Contested Matter Response Date is attached hereto at Exhibit A.

WHEREFORE, the Movants respectfully request that this Court enter an order pursuant to Bankruptcy Rule 9006(b) extending the deadline to respond to the Motion to Dismiss from April 19, 2016 up to and including May 3, 2016 and for such other and further relief as is just.

CREDITOR – BAILEY HILL LENDING TRUST, PINE BANKS NOMINEE LENDING TRUST AND SLATER HILL LENDING TRUST

By /s/ Meredith C. Burns
    Robert E. Kaelin – ct11631
    Meredith C. Burns – ct27544

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: 860.240.6000
Facsimile: 860.240.6150
Its Attorneys