# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| In re | : | CASE NO. 16-20005 |
| | : | |
| BAILEY HILL MANAGEMENT, LLC, | : | (Chapter 11) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| BAILEY HILL LENDING TRUST, PINE | : | |
| BANKS NOMINEE LENDING TRUST | : | |
| and SLATER HILL LENDING TRUST, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| BAILEY HILL MANAGEMENT, LLC, | : | |
| | : | |
| Respondent. | : | |

## AMENDED NOTICE OF CONTESTED MATTER RESPONSE DATE

Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill

Lending Trust (collectively, the "Movants") filed a Motion to Dismiss With Prejudice

dated March 29, 2016 (the "Contested Matter") with the U.S. Bankruptcy Court.  Notice

is hereby given that any response to the Contested Matter must be filed with the Court

no later than Tuesday, May 3, 2016.*  In the absence of a timely filed response, the

proposed order in the Contested Matter *may* enter without further notice and hearing,

see 11 U.S.C. § 102(1).

Dated: April 18, 2016

MOVANTS – BAILEY HILL LENDING TRUST, PINE BANKS NOMINEE LENDING TRUST and SLATER HILL LENDING TRUST

By    /s/ Meredith C. Burns
      Robert E. Kaelin- ct11631
      rkaelin@murthalaw.com
      Meredith C. Burns-ct27544
      mcburns@murthalaw.com

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut  06103
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

6956990v1

2