**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| BAILEY HILL MANAGEMENT, LLC | : | CASE NO.: 16-20005 (AMN) |
| Debtor. | : | JUNE 3, 2016 |

**MOTION TO APPROVE LOAN AS ALLOWED**
**ADMINISTRATIVE EXPENSE UNDER §503(b)(1) and 364(a)**

Bailey Hill Management, LLC, the debtor and debtor-in-possession herein (the "Debtor"), respectfully seeks approval of a loan as an allowed administrative expense in favor of 207 Tracy Road Associates, LLC ("Lender"), an entity owned by Edward Eramian, the managing member of the Debtor, on account of a post-petition unsecured loan to be made by Lender to the Debtor. In support hereof, the Debtor represents as follows:

**Jurisdiction and Venue**

1.  On January 4, 2016 (the "Petition Date"), the Debtor filed for relief under Chapter 11 of the United States Code (the "Bankruptcy Code"). The Debtor is in possession and control of its assets and property as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.  The Court has jurisdiction to entertain this motion under 28 U.S.C. §§1334 and 157 *et seq.* This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

**Background**

3.  The Debtor owns real property located at 963 Bailey Hill Road, East Killingly, CT and 291 Slater Hill Road, East Killingly, CT (the "Properties").

1

4. The Debtor seeks to obtain a loan from Lender on an unsecured basis, which loan shall be for $11,500.00 (the "Loan") which represents 90 days estimated expenses for the Properties. The Loan shall accrue interest at 6% per annum, with interest payable by June 1, 2019. All outstanding principal plus accrued but unpaid interest therein shall be due and payable in full on the earlier of (i) June 1, 2019, or (ii) the sale of one of the Properties (the "Maturity Date").

5. The Loan shall accrue interest at a rate significantly lower than a market rate for an unsecured loan. The Loan will also enable the Debtor to pay the First Mortgage taxes and other expenses on a current basis.

6. The borrowed funds will be spent in accordance with the budget which is attached hereto as Exhibit A.

**Argument**

7. Section 364(a) provides that a debtor-in-possession "may obtain unsecured credit and incur unsecured debt in the ordinary course of business allowable under Section 503(b)(1) of this title as an administrative expense."

8. The terms of the Loan are fair and reasonable and favorable to the Debtor and its estate. It is an unsecured loan with a market rate of interest, substantially less than market rates for unsecured loans.

9. Section 503(b)(1) provides for an administrative expense claim for the actual necessary costs and expenses of the estate. The Loan is a necessary expense that benefits the Debtor and its estate.

**Conclusion**

For the reasons set forth herein, the Debtor respectfully requests approval of the Loan as an allowed administrative expense of the Debtor's estate.

Dated this 3rd day of June, 2016 at New Haven, Connecticut.

                                          BAILEY HILL MANAGEMENT, LLC

By:    /s/ *Jeffrey Hellman*
       Jeffrey Hellman (Ct04102)
       Law Offices of Jeffrey Hellman, LLC
       195 Church Street – 10th Floor
       New Haven, CT 06510
       Tel.: (203) 691-8762
       Fax: (203) 823-4401
       jeff@jeffhellmanlaw.com