6/07/16 1:56PM

**Fill in this information to identify the case:**

Debtor name: **BAILEY HILL MANAGEMENT, LLC**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known): _____

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Aron Austerlitz**<br>Creditor's Name<br><br>40 Calvert Drive<br>Monsey, NY 10952<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>_____<br>Date debt was incurred<br><br>_____<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT**<br><br>Describe the lien<br>**Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $400,000.00 | $6,000,000.00 |
| **2.2** | **Bailey Hill Lending Trust, etal**<br>Creditor's Name<br><br>c/o Steve Ross, Trustee<br>Law Offices of Steve Ross<br>83 Speen Street<br>Natick, MA 01760<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>_____<br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | | $5,309,000.00 | $6,000,000.00 |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

6/07/16 1:56PM

Debtor **Bailey Hill Management, LLC**
Name

Case number (if know) _____

Last 4 digits of account number _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | East Killingly Fire District | Describe debtor's property that is subject to a lien | $8,000.00 | $6,000,000.00 |

Creditor's Name

963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT

Attn: Donna Ducat
P.O. Box 214
East Killingly, CT 06243
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Town of Killingly | Describe debtor's property that is subject to a lien | $15,400.00 | $6,000,000.00 |

Creditor's Name

963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT

172 Main Street
Killingly, CT 06239
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 2 of 4

| Debtor | Bailey Hill Management, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.5 | Town of Killingly | Describe debtor's property that is subject to a lien | $15,407.00 | $6,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT | | |

172 Main Street
Killingly, CT 06239
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.6 | Town of Killingly | Describe debtor's property that is subject to a lien | $7,042.00 | $6,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 963 Bailey Hill Road, East Killingly, CT; 56 acres +/-; improved by Historic Mill Building; in need of partial demolition and restoration; model home and sales center; mixed use zoning, as well as 291 Slater Hill Road, East Killingly, CT | | |

172 Main Street
Killingly, CT 06239
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, Including the amounts from the Additional Page, if any.    $5,754,849.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

6/07/16 1:56PM

Debtor  **Bailey Hill Management, LLC**
      Name

Case number (if know)

Name and address

On which line in Part 1 did you enter the related creditor?

Last 4 digits of account number for this entity

*[signature]*    6/8/2016

MEMBER/MGR
FOR BAILEY HILL MGT, LLC
EDWARD R. ERAMIAN

**Fill in this information to identify the case:**

Debtor name: BAILEY HILL MANAGEMENT, LLC

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known): _____

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>207 Tracy Road Associates, LLC<br>c/o Edward Eramian<br>P.O. Box 222<br>East Killingly, CT 06243<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $627,110.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Carmody Torrance<br>50 Leavenworth Street<br>P.O. Box 1110<br>Waterbury, CT 06721<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal Fees<br>Is the claim subject to offset? ☒ No  ☐ Yes | $15,475.41 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Eversource<br>P.O. Box 650032<br>Dallas, TX 75265<br>Date(s) debt was incurred _<br>Last 4 digits of account number 4067 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: utility service<br>Is the claim subject to offset? ☒ No  ☐ Yes | $1,897.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Eversource<br>P.O. Box 650032<br>Dallas, TX 75265<br>Date(s) debt was incurred _<br>Last 4 digits of account number 4070 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: utility service<br>Is the claim subject to offset? ☒ No  ☐ Yes | $185.00 |

Debtor   BAILEY Hill Management, LLC                                Case number (if known) _____
        Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|
| | NextGen Security Co., LLC<br>P.O. Box 498<br>Putnam, CT 06260-0498 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: alarm service | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| | Sundog of New England, LLC<br>5 Mowry Avenue<br>Johnston, RI 02919 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: heater rental | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 645,947.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 645,947.41 |

*[signature]*

EDWARD R. ERAMIAN
FOR BAILEY HILL MGT, LLC
MEMBER/MGR.