# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
June 10, 2016

In re:
    Bailey Hill Management, LLC
    Employer Tax−Identification No (EIN): 06−1546428
                           Debtor(s)

Case Number: 16−20005 amn
Chapter: 11

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **August 4, 2016** at **12:00 PM** to consider and act upon the following matter(s):

**Motion to Compel Peter L. Ressler and Groob, Ressler & Mulqueen PC to Provide Accounting of All Money Received and Disgorge Same Filed by Holley L. Claiborn on behalf of U. S. Trustee, U.S. Trustee. (Re: Doc #28)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: June 10, 2016

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − lad