B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of Connecticut

In re Bailey Hill Management, LLC,    Case No. 16-20005

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Euclid Claims Recovery LLC**
_____
Name of Transferee

Name and Address where notices to transferee should be sent:

Euclid Claims Recovery LLC
945 McKinney Street, PMB 434
Houston, Texas 77002

Phone: 713-830-7614
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

SAME AS ABOVE

Phone:_____
Last Four Digits of Acct #:_____

**Town of Killingly**
_____
Name of Transferor

Court Claim # (if known): 1-1 as amended by 1-2
Amount of Claim: $37,833.64 *
Date Claim Filed: Jan 12, 2016 amended May 31, 2016

*\* Transfer relates only to that portion of claim representing tax liens on 963 Bailey Hill Road.*

Phone: 860-779-5331
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June 13, 2016
Adam M. Siegel, Manager
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# Euclid
INVESTMENTS

June 13, 2016

Office of the Clerk
United States Bankruptcy Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

RE: BAILEY HILL MANAGEMENT, LLC – Case No. 16-20005

Ladies and Gentlemen:

Enclosed for filing in the above referenced matter is our TRANSFER OF CLAIM OTHER THAN FOR SECURITY together with our check in the amount of $25.00 to cover the filing fee.

Please contact the undersigned should you have any questions about the filing.

Sincerely,

Adam M. Siegel
Partner, Euclid Investments LP

945 McKinney Street, PMB 434
Houston, Texas 77002