## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |  |  |
|---|---|---|---|
| IN THE MATTER OF: | ) | MISC. PRO. No. | 16-00301 (JAM) |
|  | ) |  |  |
| PETER L. RESSLER. | ) |  |  |
| IN RE: | ) | CASE No. | 16-20005 (AMN) |
|  | ) |  |  |
| BAILEY HILL MANAGEMENT, | ) | CHAPTER | 11 |
|  | ) |  |  |
| DEBTOR. | ) | ECF No. | 28 |

### ORDER  REGARDING  DISGORGEMENT  OF ATTORNEY'S  FEES

Upon the United States Trustee's Motion for an Order Compelling Peter L. Ressler and Groob, Ressler & Mulqueen, PC to Account for All Monies Received and to Disgorge Same in the chapter 11 case of *In re Bailey Hill Management*  (the "Debtor"), *See* Bankruptcy Case No. 16-20005 (ECF 28); and

Upon a review of the record in the Debtor's case, and upon the representations made by Attorney Vincent  Marino, the state court appointed Trustee of Peter Ressler's former client files and clients' fund accounts, Attorney Kim McCabe of the Office of the United States Trustee, and Attorney  Jonathan Katz, counsel for Peter Ressler; and upon information contained in a list of cases filed by Attorney Jonathan Katz on June  17, 2016, (ECF 83); it is  hereby

**ORDERED** that the Debtor has a valid and enforceable claim against Peter Ressler in accordance with his acknowledgement and agreement that: (i) the Debtor paid him an amount not less than $15,000.00 in attorney's fees; (ii) the $15,000.00 in attorney's fees should be disgorged to the Debtor; and (iii) he does not have the funds to pay the $15,000.00 in disgorged fees to the Debtor; and it is further

**ORDERED** that the Debtor is authorized to present this Order to any court, agency, tribunal, disciplinary committee and/or third party requiring evidence of the amount and validity of the Debtor's claim against Peter Ressler; and it is further

**ORDERED** that on or before **July 29, 2016**, the Debtor may present evidence to this Court of any additional attorney's fees paid to Peter Ressler; and it is further

**ORDERED** that any response of Peter Ressler to the Debtor's evidence of additional attorney's fees paid to Peter Ressler shall be filed on or before **August 26, 2016**; and it is further

**ORDERED** the Clerk's Office is directed to serve this Order on Peter Ressler, his counsel of record, the Debtor, Attorney Vincent Marino, Assistant United States Trustee Kim McCabe, and all parties who have appeared or who should receive notices in this Miscellaneous Proceeding.

Dated: June 23, 2016                                          BY THE COURT

*Julie A. Manning*
*Chief United States Bankruptcy Judge*
*District of Connecticut*