UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                                    *         CASE NO. 16-20005
                                                          *         CHAPTER 11
BAILEY HILL MANAGEMENT, LLC

FILED
2016 NOV -3 A 10: 17
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## RESERVATION OF RIGHTS

Euclid Claims Recovery LLC ("Euclid"), by and through its undersigned counsel, hereby represents and requests as follows:

1. The Debtor's Motion to Sell Properties located at 963 Bailey Hill Rd., East Killingly, CT and 291 Slater Hill Road, East Killingly, CT Free and Clear of Liens (the "Motion") is scheduled to be heard on November 10, 2016 with a response date of November 3, 2016

2. Euclid is the successor by assignment of certain Town of Killingly tax liens on one of the parcels of real property that is the subject of the Motion.

3. The undersigned has discussed with counsel for the debtor and counsel for the mortgagees certain comments and requests for revision in regard to the order to be entered in connection with the Motion.

4. As a result of those discussions, agreement has been reached among counsel on the form of a revised consensual order, which will be submitted to the Court at or before the time of hearing.

5. In light of the impending response deadline for the Motion, the undersigned files this reservation of rights solely to preserve Euclid's rights in connection with the Motion and form of order in a manner consistent with the discussions previously had among counsel for the parties.

Dated at Houston this 2nd day of November, 2016.

_____
Howard L. Siegel, Esq. ct 07092
945 McKinney Street, PMB 434
Houston, Texas 77002
Tel. 713-984-4801
Email: howard@eucinv.com

*Counsel to Euclid Claims Recovery LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2016 a copy of the foregoing Reservation of Rights was served via first class mail on counsel for the debtor and the Office of the United States Trustee.

*Howard Siegel*
Howard L. Siegel