UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| BAILEY HILL MANAGEMENT, LLC | : | CASE NO.: 16-20005 (JJT) |
| Debtor. | : | FEBRUARY 22, 2017 |

### STIPULATION TO MODIFICATION OF SETTLEMENT AGREEMENT

WHEREAS, on August 24, 2016, the Debtor entered into a Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust, Slater Hill Lending Trust, 207 Tracy Road Associates, LLC, Edward Eramian and Joel Greene;

WHEREAS, on November 14, 2016, the Court approved the Settlement Agreement;

WHEREAS, pursuant to the Settlement Agreement, the Debtor was to retain Maltz Auctions, Inc. ("Maltz") to sell the Debtor's properties by public auction with the auction to take place in late February 2017, with a closing before April 1, 2017;

WHEREAS, upon the advice of Maltz the parties have agreed that the auction should take place by no later than April 20, 2017;

NOW THEREFORE, the undersigned hereby stipulate that Paragraph 3(c) of the Settlement Agreement may be amended so as to permit an auction by no later than April 20, 2017 with a closing by no later than May 20, 2017.

BAILEY HILL LENDING TRUST,
PINE BANKS NOMINEE LENDING TRUST
AND SLATER HILL LENDING TRUST

By: _____    Date: 2/22/17
Its duly authorized _____

DEBTOR – BAILEY HILL MANAGEMENT, LLC

By: *[signature]*   Date: FEB. 22, 2017
Edward R. Eramian
Its duly authorized Managing Member


207 TRACY ROAD ASSOCIATES, LLC

By: *[signature]*   Date: FEB 22, 2017
Edward R. Eramian
Its duly authorized Managing Member


EDWARD R. ERAMIAN

By: *[signature]*   Date: FEB. 22, 2017
Edward R. Eramian


JOEL S. GREENE

By: *[signature]*   Date: March 8 2017
Joel S. Greene

1