UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:                                                                                          CASE NO. 16-20005

BAILEY HILL MANAGEMENT, LLC                                              CHAPTER 11

Debtor

## LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE PROCEDURES IN CONNECTION WITH THE AUCTION SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

Euclid Claims Recovery LLC ("Euclid"), by and through its undersigned counsel, files this limited objection to the Debtor's Motion to Approve Sale Procedures in Connection with the Auction Sale of Real Property Free and Clear of Liens, Claims and Interests [Docket No. 161] (the "Sale Motion") and in support thereof states as follows:

1. Euclid is the transferee and current holder of certain municipal tax liens (the "Assigned Tax Liens") on certain of the property that is the subject of the Sale Motion as more particularly described in the Sale Motion.

2. Euclid objects to the Sale Motion and any sale pursuant thereto solely to the extent said procedures or sale could result in the subject property being sold free and clear of the Assigned Tax Liens without sufficient cash sale proceeds being realized to pay the Assigned Tax Liens claim fully in cash. Euclid expressly objects and does not consent to a sale being made free and clear of the Assigned Tax Liens in that circumstance.

3. Euclid requests that the sale procedures be modified to provide that in order for a sale to be made free and clear of the Assigned Tax Liens there must be cash proceeds available from said sale in a sufficient amount to provide for the full cash payment of the Assigned Tax Liens claim and that any Order entered with respect to the Sale Motion be modified as set out on Exhibit A attached hereto.

Dated at Houston this 1st day of April, 2017

Howard L. Siegel, Esq. ct 07092
945 McKinney Street, PMB 434
Houston, TX 77002
Tel. 713-984-4801
Email: howard@eucinv.com
*Counsel to Euclid Claims Recovery LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2017 a copy of the foregoing Limited Objection was served via first class mail on counsel for the debtor and the Office of the United States Trustee.

_____
Howard L. Siegel

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re | : CHAPTER 11 |
| | : |
| BAILEY HILL MANAGEMENT, LLC | : |
| | : |
| Debtor. | : CASE NO. 16-20005 (JJT) |
| | : |
| BAILEY HILL MANAGEMENT, LLC | : |
| | : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| TOWN OF KILLINGLY, EUCLID | : MARCH 27, 2017 |
| CLAIMS RECOVERY, LLC, EAST | : |
| KILLINGLY FIRE DISTRICT, | : |
| BAILEY HILL LENDING TRUST, | : |
| PINE BANKS NOMINEE LENDING | : |
| TRUST and SLATER HILL LENDING | : |
| TRUST | : |
| | : |
| Respondents. | : |
| | : |

### ORDER SETTING PROCEDURES TO BE USED IN CONNECTION WITH THE AUCTION SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

THIS MATTER came before the Court upon the Debtor's Motion Setting Bidding Procedures to be used in connection with the Auction Sale (Dkt. 133) (the "Auction Procedures Motion"), which Motion is related to Motion to Sell Real Estate Located at 963 Bailey Hill Road, East Killingly, Connecticut and 291 Slater Hill Road, Killingly, Connecticut (Dkt. 106)

4. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, applicable herein by reason of Bankruptcy Rule 9014.

5. To the extent that any of these findings of fact constitute conclusions of law, they are adopted as such. To the extent that any of the following conclusions of law constitutes a finding of fact, they are adopted as such.

6. As noted in the Sale Order, the Debtor may sell the Properties free and clear of the liens, claims, interests, and encumbrances of the secured parties as such entities have consented to a sale free and clear of its interest, [* see attached] See 11 U.S.C. § 363(f)(2).

**BASED ON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, EFFECTIVE IMMEDIATELY, AS FOLLOWS:**

7. The Bidding Procedures and Terms and Conditions attached hereto ("Bidding Procedures") as **Exhibit 1** are hereby **APPROVED**.

8. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, settled, or specifically addressed in this Order, and all reservations of rights included in such objections, are overruled in all respects on the merits.

9. Service of the Sale Notice in the manner described herein and in the Motion constitutes good and sufficient notice of the Auction and the Sale Approval Hearing. No other or further notice is required.

10. All Qualified Bids must be received by the Bid Deadline (as defined in the Bidding Procedures) and comply with the applicable provisions of the Bidding Procedures. The Debtor is authorized to return Good Faith Deposits made by bidders without further order of this



provided, however, that the consent of Euclid Claims Recovery LLC (Euclid) to the sale being made free and clear of the liens it holds is subject to the condition that the sale results in sufficient cash proceeds being available for the full cash payment of the claims represented by those liens, and that a sale may not otherwise be made free and clear of the liens held by Euclid.