# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 9, 2017

In re:

    Bailey Hill Management, LLC

                  Debtor*

Case Number: 16–20005 jjt
Chapter: 11

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

    Bailey Hill Management, LLC (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion", ECF No. 206), in connection with a Third Stipulation Regarding Modification of Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust, (the "Third Stipulation Regarding Modification of Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust", ECF No. 205), it appearing that the relief in the Motion to Expedite Hearing should be granted; it is hereby

    **ORDERED:** A hearing to consider the Third Stipulation Regarding Modification of Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust will be held on **August 17, 2017, at 10:00 AM, at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103**; and it is further

    **ORDERED:** Service of the Order Granting the Motion for Expedited Hearing and the Third Stipulation Regarding Modification of Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust must be made on all parties entitled to notice under applicable statutes and/or rules **on or before 4:00 PM on August 10, 2017**; and it is further

    **ORDERED:** A certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before 4:00 PM on August 11, 2017**.

Dated: August 9, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 150 – lbw

*For the purposes of this order, "Debtor" means "Debtors" where applicable.