UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| BAILEY HILL MANAGEMENT, LLC | : | CASE NO.: 16-20005 (JJT) |
| Debtor. | : | JULY 26, 2017 |

### THIRD STIPULATION REGARDING MODIFICATIONS OF SETTLEMENT AGREEMENT

**WHEREAS**, on August 24, 2016, the Debtor Bailey Hill Management, LLC (the "Debtor") entered into a written Settlement Agreement with Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust, Slater Hill Lending Trust (collectively, the "Trusts"), 207 Tracy Road Associates, LLC, Edward Eramian and Joel Greene (the "Settlement Agreement"). The Trusts, Debtor, Tracy Road, Eramian and Greene shall be, unless otherwise noted, collectively referred to herein as the "Parties";

**WHEREAS**, on September 22, 2016, the Debtor filed a Motion to Approve the Settlement (Dkt. No. 103), and on November 14, 2016, the Court approved the Settlement Agreement (Dkt. No. 126;

**WHEREAS**, pursuant to the Settlement Agreement, the Debtor was to retain Maltz Auctions, Inc. ("Maltz") to sell the Debtor's properties by public auction with the auction to take place in late February 2017, with a closing before April 1, 2017;

**WHEREAS**, upon the advice of Maltz the parties agreed that the auction should take place by no later than April 20, 2017 and based on that, the Debtor filed a Stipulation, signed by the Parties, on March 9, 2017 (Dkt. 157) to permit an auction by no

1

later than April 20, 2017 with a closing by no later than May 20, 2017. The Court approved that Stipulation on March 21, 2017 (Dkt. 159).

**WHEREAS**, despite Maltz's best efforts, there was insufficient interest in the subject Properties by the April 20, 2017 Auction deadline, and as such, the Parties entered into a Second Stipulation Regarding Modifications to the Settlement Agreement dated May 1, 2017 to further extend the Auction deadline to June 21, 2017, to extend the closing deadline to July 31, 2017 and provide Mr. Greene, or his assignee, the option to purchase the Properties if there was insufficient interest (Dkt. No. 174) ("Second Stipulation"), which Second Stipulation was approved by the Court on May 10, 2017 (Dkt. No. 177);

**WHEREAS**, again despite Maltz's best efforts, there was insufficient interest in the subject Properties at the June 21, 2017 Auction.

**NOW THEREFOR, IT IS HEREBY STIPULATED, AGREED and ORDERED** as follows:

1. That there was insufficient interest in the Properties at the June 21, 2017 Auction, and as such Mr. Greene has elected to purchase the Properties, either directly or indirectly, pursuant to Section 6 of the Second Stipulation.

2. Section 6 of the Second Stipulation is hereby amended to extend the Closing deadline to August 15, 2017.

3. Section 6 of the Second Stipulation is further amended to require Mr. Greene, or his assignee, to pay the Trust the sum of One Million, Five Hundred Thousand

Dollars ($1,500,000.00) at the Closing¹ and provide the Trust with a duly executed Note in the form attached hereto as Exhibit A. In addition, Mr. Green, or his assignee, will also have to pay at the Closing an amount necessary to cover any applicable auctioneer fees ($60,000.00) and any and all other expenses or fees, including any outstanding real estate taxes to be paid. The Closing shall take place on or before by August 15, 2017.

BAILEY HILL LENDING TRUST,
PINE BANKS NOMINEE LENDING TRUST
AND SLATER HILL LENDING TRUST

By: _____    Date: _____
    Its duly authorized _____


DEBTOR – BAILEY HILL MANAGEMENT, LLC

By: *[signature]* _____    Date: 7/27/2017
    Edward R. Eramian
    Its duly authorized Managing Member


207 TRACY ROAD ASSOCIATES, LLC

By: *[signature]* _____    Date: 7/27/2017
    Edward R. Eramian
    Its duly authorized Managing Member

---

¹ The Purchase Price is technically still $1,000,000.00 for purposes of the Closing "Amount" subject to, among other things, the Auctioneer/ Broker's Commission (which is $60,000 and shall remain the same and payable).

**EDWARD R. ERAMIAN**

By: ___/s/ Edward R. Eramian___   Date: 7/27/2017
    Edward R. Eramian


**JOEL S. GREENE**

By: _____   Date: _____
    Joel S. Greene


IT IS SO ORDERED at Hartford, Connecticut this 21st day of August 2017.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut