## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| BAILEY HILL MANAGEMENT, LLC, | : | CASE NO. 16-20005 |
|  | : |  |
| Debtor. | : | NOVEMBER 16, 2017 |

### **AFFIDAVIT OF NON-COMPLIANCE**

STATE OF CONNECTICUT )
                      ) ss.  Hartford
COUNTY OF HARTFORD    )

ROBERT E. KAELIN, being first duly sworn, deposes and says:

1.      I am counsel for Bailey Hill Lending Trust, Pine Banks Nominee Lending Trust and Slater Hill Lending Trust (collectively, the "Trusts"), creditors in the above-referenced bankruptcy matter.

2.      On November 15, 2017, the Court signed and docketed the Amended Order Authorizing Sale of Real Property Free and Clear of Liens, Claim and Interests ("Amended Sale Order") (Dkt. No. 232).

3.      Pursuant to the terms of the Amended Sale Order, Tevel Hill, LLC was required to tender a good faith, non-refundable deposit in the amount of One Hundred Thousand Dollars ($100,000.00) (the "Good Faith Deposit") on or before Wednesday, November 15, 2017 with Debtor's counsel Jeffrey Hellman.

4.      Attorney Hellman has informed the undersigned (at 12:32 p.m. today) that he did not receive the Good Faith Deposit.

5.      Accordingly, the undersigned counsel hereby submits this Affidavit of Non-Compliance in accordance with paragraph 8.a. of the Amended Sale Order and hereby respectfully requests the entry of an Order Dismissing the Case.

Dated at New Haven, Connecticut, this 16th day of November, 2017.

_____
Robert E. Kaelin

Subscribed and sworn to before me this _16th_ day of November, 2017.

_____
Notary Public
My Commission Expires  1/31/18

8742592v1